**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

In the matter of:                :         **UNITED STATES BANKRUPTCY COURT**
                                 :          **DISTRICT OF NEW JERSEY**
                                 :
Marie-Ann Greenberg, TRUSTEE     :          In Bankruptcy B-
Chapter 13 Bankruptcy            :
                                 :          **STATEMENT OF UNDISTRIBUTED**
                                 :              **BALANCE**
**Bankruptcy**                   :

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|--------|-------|---------------|---------|---------------|--------|--------|
| 05-23473 | NLW | Richard & Rosa Green | 0001 | City of Newark | $2,237.47 | Not Cashing |

**November 20, 2009**
**To be Deposited into Can X600**      /s/Marie-Ann Greenberg
                                       **MARIE-ANN GREENBERG**
                                       **STANDING TRUSTEE**